UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Joseph A. Kostelecky<br><br>        Defendant | )<br>)   **RECEIPT FOR PASSPORT**<br>)         (Surrender)<br>)<br>)<br>)   Case No.  1:17-cr-015<br>)<br>) |

The Clerk of the United States District Court for the District of North Dakota received from Joseph A. Kostelecky the Passport of the defendant in the above-captioned case.

ROBERT ANSLEY, CLERK
U.S. DISTRICT COURT

Dated: 01/13/2017                By:

_____
Signature of defendant or representative

Rev. 9/11